IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:19-CV-118-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| $33,313.00 IN U. S. CURRENCY, | ) |
| | ) |
| Defendant. | ) |

## CONSENT ORDER

By signing below, the undersigned parties inform the Court that they have settled the litigation in this matter and consent to the entry of this Order. It is, therefore,

ORDERED that Claimants shall forfeit to the United States of America $23,313.00 of the subject currency seized, to be disposed of by the United States Department of Justice according to law;

ORDERED that the United States shall return to the Claimants $10,000.00 of the subject currency seized, less any debt owed to the United States, any agency of the United States, or any other debt in which the United States is authorized to collect. Payment to be made payable to Lester Williams Jr. via electronic funds transfer by the U.S. Marshals Service according to the information provided by Claimant on an executed UFMS Vendor Request Form; and

1

ORDERED that each party shall bear its own attorneys' fees, costs and expenses in this litigation.

Upon the entry of this order, the Clerk of Court is DIRECTED to close this case.

SO ORDERED, this 11th day of March, 2020.

_____
LOUISE W. FLANAGAN
United States District Judge


Consented to by:

_____
MATTHEW L. FESAK
Assistant United States Attorney

_____
ELISA CYRE SALMON
Attorney for Claimants Lester Williams, Jr.,
James Arthur McIntyre, and Bobby McIntyre

3